UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD D. PARKER,

      Petitioner,

v.                                           CASE NO. 6:06-cv-160-Orl-28DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.

_____

## <u>ORDER</u>

      Petitioner's Request for a Certificate of Appealability (Doc. No. 27, filed March 5, 2008) is

**DENIED**.  This Court should grant an application for certificate of appealability only if the

Petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. §

2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

      **DONE AND ORDERED** at Orlando, Florida, this <u>10th</u> day of March, 2008.

JOHN ANTOON II
United States District Judge

Copies to:
pslc 3/12
Counsel of Record
Edward D. Parker